BOESEN, Appellant, vs. PETERSON, Respondent.

*December 8, 1906—January 8, 1907.*

*Costs: Actions to enforce mechanics' liens.*

1. The statute authorizing trial courts to allow partial costs in their discretion in equitable actions applies to actions to enforce mechanics' liens.
2. Where, in an action to enforce a mechanic's lien, the court allowed but $10 for costs and disbursements, it was *held* that the circumstances shown by the record did not so clearly show abuse of discretion as to warrant reversing the action of the trial court.

APPEAL from a judgment of the circuit court for Langlade county: JOHN GOODLAND, Circuit Judge. *Affirmed.*

For the appellant the cause was submitted on the brief of *Goodrick & Goodrick,* and for the respondent on that of *Foster & Morson.*

WINSLOW, J.   This is an action to foreclose a mechanic's lien for $24.30 in which the plaintiff obtained judgment. The court allowed but $10 for costs and disbursements, and the plaintiff appeals from that part of the judgment refusing to allow a full bill of costs.   The case is practically ruled by *Charles v. Godfrey,* 125 Wis. 594, 104 N. W. 814, in which it was held that the statute authorizing trial courts to allow partial costs in their discretion in equitable actions applies to mechanic's lien actions.   It is urged that in the present case the discretion was abused, but we have been unable to reach the conclusion that the circumstances so clearly show abuse of discretion as to warrant the court in reversing the action of the trial court.

*By the Court.*—Judgment affirmed.